UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN L. CASTILLO ROMAN, ET. AL.
    Plaintiff(s)
        v.                         Civil No. 97-2207(SEC)
NORBERTO SANTIAGO RODRIGUEZ, ET. AL.
    Defendant(s)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #28**<br>**Second Motion to Dismiss** | **Moot.** Defendant's motion to dismiss dated December 31, 1997 was deemed moot on January 9, 1998. See Margin Order on docket # 17. |
| **Docket #33**<br>**Motion for Leave to File Third Party Complaint** | Granted. |

DATE: October 18, 1999

SALVADOR E. CASELLAS
United States District Judge

