# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN L. CASTILLO ROMÁN, ET. AL. | * |
| Plaintiff | * |
| v. | * Civil No. 97-2207 (SEC) |
| NORBERTO SANTIAGO RODRÍGUEZ | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The above-captioned matter is hereby referred to Magistrate-Judge J.A. Castellanos for the holding of a case management and settlement conference, **to be set no later than December 27, 1999.** The meeting should address the following issues, among others: (a) whether there has been compliance with the deadlines imposed in the case management order; (b) whether the case is ripe for settlement; and (c) if settlement is not viable, whether the parties would be willing to revisit the possibility of consenting to proceed before a Magistrate Judge. In the event that settlement negotiations are not successful and the parties are unwilling to consent to trial before the Magistrate, **the case shall be returned to this Court.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of October, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)