## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



JUAN L. CASTILLO ROMAN, et al.,

    Plaintiffs

    v.                                                    Civil No. 97-2207(SEC)

NORBERTO SANTIAGO-RODRIGUEZ,

    Defendant

RECEIVED & FILED
1999 OCT 29 AM 10: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date Filed: 10-26-99 | Docket No. 41 | Title: **ORDER** |

[ ] Plaintiff(s)     [ ] Defendant(s)

### ORDER

[ ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[X] OTHER.

**Order:**

The Case Management and Settlement Conference is hereby scheduled for **TUESDAY, DECEMBER 7, 1999 at 9:30 a.m.**

10-27-99
Date

J. Antonio Castellanos
U.S. Magistrate Judge

5