# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1

2 **AIDA L. CASTILLO-NIEVES, et al.,**

3          **Plaintiffs**

4

5          **v.**

6 **NORBERTO SANTIAGO-RODRIGUEZ, et al.,**

CIVIL NO.  **97-2207(SEC)**

7      **Defendants; Cross Claimant**
       **and Crossclaim defendants**
8

9          **v.**

10 **JOSE D. NIEVES-NIEVES, et al.,**

11         **Third Party Defendants**

12 ══════════════════════════════════

13

14                **CASE MANAGEMENT**
15      **AND SETTLEMENT CONFERENCE REPORT**

16      At the Case Management and Settlement Conference held today, the parties were

17 represented by Counsel Efrén Irizarry-Colón, Rafael Silva, Gloria Lisette Lebrón-Nieves, and

18 Ricardo Pascual-Villaronga.
19

20      The parties were granted ten (10) days to inform if consent to proceed before this

21 magistrate is going to be given.

 22      This magistrate's assessment is that the parties are amenable to discuss settlement, but

23 at this moment is too premature.

24

25

26



Civil No. 97-2207(SEC)                    -2-

1    Attorney Efrén Irizarry-Colón informed that settlement is going to be pursued.  They

2  were explained of this magistrate's availability to help them in conducting said negotiations.

3    In San Juan, Puerto Rico, this 7th day of December 1999.

4

5

6

7                              J. ANTONIO CASTELLANOS

8                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26