IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AIDA L. CASTILLO NIEVES, et. al.        *
                                        *
        Plaintiffs                      *
                                        *   Civil No. 97-2207(SEC)
        v.                              *
                                        *
NORBERTO SANTIAGO-RODRIGUEZ,            *
et. al.                                 *
                                        *
        Defendants; Cross Claimant      *
        and Cross Claim Defendants      *
                                        *
        v.                              *
                                        *
JOSE D. NIEVES-NIEVES, et. al.          *
                                        *
        Third Party Defendants          *
*************************************

## ORDER

Pending before the Court is co-defendant Nationwide Insurance Company's ("Nationwide") Motion for Judgement by Default **(Docket #47)**. Through this motion, Nationwide notified the Court that the third party defendants were served with summons on November 23, 1999 **(Docket #45)** and have not yet answered the third party complaint, or otherwise appeared on the record to request an extension of time. Therefore, Nationwide requests the entry of judgement by default against the third party defendants.

The Court has examined the record and finds that the entry of default pursuant to Fed. R. Civ. P. 55(a) is appropriate. Therefore, the Clerk of the Court is hereby **ORDERED** to enter default against third party defendants José D. Nieves-Nieves, his wife, and the Legal Conjugal Partnership constituted by them. The determination of damages pursuant to Fed. R. Civ. P. 55(b) is hereby postponed until the other claims are disposed of.

AO 72A
(Rev. 8/82)

Civil No. 97-2207(SEC)                                                                 2

**SO ORDERED.**

In San Juan, Puerto Rico, this **29** day of December, 1999.

                          SALVADOR E. CASELLAS
                          United States District Judge

AO 72A
(Rev. 8/82)