UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



JUAN L. CASTILLO-ROMAN
    Plaintiff
        v.                     Civil No. 97-2207(SEC)
NORBERTO SANTIAGO-RODRIGUEZ
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket #50<br>Motion Under Rules 108 and 311.6 of the Local Rules of Civil Procedure | Moot, in light of Nationwide's filing of May 11, 2000. See Docket #54. |
| Docket #52<br>Motion for Leave to File Documents in Spanish | Granted. |
| Docket #53<br>Second Motion Under Rules 108 and 311.6 of the Local Rules of Civil Procedure | Moot, in light of Nationwide's filing of May 11, 2000. See Docket #54. |
| Docket #56<br>Informative Motion Regarding Vacations | Noted. |
| Docket #57<br>Motion Under Rule 311.5 and Rule 311.6 of the Local Rules of Civil Procedure | **Granted, until July 26, 2000.** No more extensions shall be granted except upon a showing of good cause to this Court's satisfaction. |

DATE: June 30, 2000




SALVADOR E. CASELLAS
United States District Judge


