UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AIDA L. CASTILLO NIEVES AND
ANGEL CASTILLO NIEVES
    Plaintiffs
        v.                Civil No. 97-2207(SEC)
NORBERTO SANTIAGO-RODRIGUEZ, et. al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #60<br>Motion Requesting Final Extension of Time and Reply to Integrand's Motion of July 14, 2000 | Reply **noted.** The extension of time is **GRANTED** until July 28th, 2000. |

DATE: July 26, 2000

SALVADOR E. CASELLAS
United States District Judge