UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN L. CASTILLO, et. al.
    Plaintiffs
        v.                                         Civil No. 97-2207(SEC)
NORBERTO SANTIAGO-RODRIGUEZ, et. al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #64** <br> **Motion Requesting Resignation of Legal Representation** | Counsel's resignation is accepted by the Court. In addition, the Court **GRANTS** co-defendants Norberto Santiago Rodríguez and his wife **thirty (30) days from this order to retain new legal representation**. This order shall be notified to the co-defendants at the following address: RR 3, Buzón 9677, Toa Alta, P.R. 00953. |

DATE: August 7, 2000

SALVADOR E. CASELLAS
United States District Judge