UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



JUAN L. CASTILLO ROMAN, et. al.
    Plaintiffs
        v.                    Civil No. 97-2207(SEC)
NORBERTO SANTIAGO RODRIGUEZ,
et. al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket #69<br>**Motion to Withdraw Legal Representation** | **Granted.** The clerk shall notify Attorney Gloria L. Lebrón of this Order at her new office: P.O. Box 1232, Fajardo, Puerto Rico 00738. |

DATE: December 15, 2000

SALVADOR E. CASELLAS
United States District Judge

s/c: Gloria Lebrón, Esq.
12/18/00