IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AIDA L. CASTILLO NIEVES, et. al.

Plaintiffs

v.

Civil No. 97-2207(SEC)

NORBERTO SANTIAGO-RODRIGUEZ, et. al.

Defendants; Cross Claimant
and Cross Claim Defendants

v.

JOSE D. NIEVES-NIEVES, et. al.

Third Party Defendants

## ORDER

On this date the Court has disposed of two pending motions for summary judgment, (Dockets ## 49 & 51). The time for discovery is long extinguished, therefore the parties are **ORDERED** to file their Joint Proposed Pre-Trial Order **within twenty (20) days** from the entry on the docket of this Order. Afterwards, the case will be placed on the Court's trial ready calendar for settlement or trial.

In San Juan, Puerto Rico, this 3rd day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)