IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AIDA L. CASTILLO NIEVES, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 97-2207(SEC) |
| NORBERTO SANTIAGO-RODRIGUEZ, et. al. | * |
| Defendants; Cross Claimant and Cross Claim Defendants | * |
| v. | * |
| JOSE D. NIEVES-NIEVES, et. al. | * |
| Third Party Defendants | * |

## PARTIAL JUDGMENT

Pursuant to our Opinion and Order of January 3, 2001, Plaintiffs' complaint against Nationwide Insurance Company, is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this ____ day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)