IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Aida L. Castillo-Nieves, et al.*
Plaintiff(s)

*Norberto Santiago Rodriguez, et al.*
Defendant(s)

Civil No. 97-2207 (SEC)

RECEIVED & FILED
01 JAN 23 AM 7:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 12/28/00   DOCKET #: 71   TITLE: Second Motion for Summary Judgment

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s)

DISPOSITION:

[ ] GRANTED          [ ] DENIED

[ ] NOTED            [X] MOOT

| COMMENTS |
|---|

_____
_____
_____
_____
_____

19 I 01
DATE

SALVADOR E. CASELLAS
United States District Judge

