UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AIDA L. CASTILLO-NIEVES,
et. al.
    Plaintiffs
        v.
NORBERTO SANTIAGO-
RODRIGUEZ, et. al.
    Defendants

Civil No. 97-2207(SEC)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #77**<br>Motion Requesting Extension of Time | **Granted**, until March 2, 2001. |
| **Docket #78**<br>Motion For Extension of Time to Reply to Motion to Alter Judgment | **Granted**, until February 13, 2001. |

DATE: February 2, 2001

SALVADOR E. CASELLAS
United States District Judge

