IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN L. CASTILLO ROMAN, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 97-2207(SEC)(SEC) |
| NORBERTO SATIAGO RODRIGUEZ, et. al. | * |
| Defendants | * |

**************************************

ORDER

Pursuant to Local Rule 302(7), the above-captioned case is hereby **TRANSFERRED** to Judge J. García in exchange for <u>Sao J. Liu, et. al.</u> v. <u>Margarita Ruiz-Velez, et. al.</u>, Civ. No. 97-2924(JAG).

**SO ORDERED.**

In San Juan, Puerto Rico, this 30 day of March, 2001.

SALVADOR E. CASELLAS
United States District Judge