UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN L. CASTILLO-ROMAN, et al

**Plaintiff(s)**

v.

CIVIL NUMBER: 97-2207 (JAG)

NORBERTO SANTIAGO-RODRIGUEZ, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/22/01<br>**Title:** Informative Motion by Nationwide Ins. Co. re: excusing from attending PTC and Trial since deft is no longer a pty in this case.<br>**Docket(s):** 83<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge