IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN L. CASTILLO-ROMAN, et al.

    **Plaintiff(s)**

    v.                      CIVIL NO. 97-2207

NORBERTO SANTIAGO-RODRIGUEZ, et al.

    **Defendant(s)**

---

### ORDER TO SHOW CAUSE

Counsel for the parties are hereby ordered to show cause by **July 12, 2002 at 3:30** why they have failed to submit the joint proposed pre-trial order in violation of the Court's Trial Scheduling Order. Failure to show "good cause" shall result in the imposition of the harshest sanctions including dismissal and/or entry of default pursuant to Fed. R. Civ. P. 16(f) and 41(b).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of July 2002.

                                    JAY A. GARCIA-GREGORY
                                    United States District Judge


