UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                    DATE: JULY 24, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-2207 (JAG)
===========================================================

JUAN L. CASTILLO ROMAN              ATTORNEYS: EFREN IRIZARRY

      VS

HECTOR LOPEZ RIVERA                 MIGUEL CALDERON RIVERA

---

Case called for pretrial settlement conference. Court is informed that there is a State Court case and if they are going to settle the settlement has to include both cases.

Parties are to meet next Wednesday to discuss settlement. Court urges parties to make strong settlement efforts since this is a case that should be settled. Court is to be informed of the outcome of the settlement negotiations by Friday, August 2, 2002.

Proposed jury instructions to be filed by August 7, 2002.

Parties to be notified.

                                                              _Lily Alicea_
                                             Lily Alicea-Courtroom Deputy


