

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN L. CASTILLO-ROMAN, et al

**Plaintiff(s)**

CIVIL NO. 97-2207 (JAG)

v.

INTEGRAND INSURANCE COMPANY, et al

**Defendant(s)**

---

### JUDGMENT

Pursuant to the Settlement Agreement entered on August 14, 2002, the Court enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of August 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge